LAWRENCE J. LONERGAN, Respondent, v. ELIJAH B. RYAN and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

JAMES CRANDALL and Another, as Administrators, etc., of JENNIE CRANDALL, Deceased, Appellants, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent. WESLEY W. SUTLIFF, as Administrator, etc., of ADELLA SUTLIFF, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgments unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Charges against DANIEL HURLEY, a Policeman Connected with the Traffic Department, Motorcycle Squad of the Troy Police Force, Appellant.— Order unanimously affirmed, without costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

PIETRO DOMENEGHETTO, Respondent, v. PHILIP RICHMAN, Appellant. CAMILLE DOMENEGHETTO, Respondent, v. PHILIP RICHMAN, Appellant.— Order unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

LEO M. DOODY, as Commissioner of Public Welfare of the County of Albany, Respondent, v. JOHN VARIAN, Appellant.— Order unanimously affirmed. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of J. FRED JOHNSON, Respondent, for an Order of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Order unanimously affirmed, with costs, on the authority of *Matter of Stowe* v. *Board of Supervisors of Rensselaer County* (236 App. Div. 212); *People ex rel. McBride* v. *Atchinson* (68 Misc. 115); *Matter of McNeles* v. *Board of Supervisors of Rensselaer County* (173 App. Div. 411; affd., 219 N. Y. 578). Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

ALLISON HILL TRUST COMPANY, Respondent, v. THOMAS SARANDREA, Appellant, — Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.